MARY RAY LEE v. SYLVESTER P. LARKIN and HAROLD W. JENNYS, Copartners, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

VINCENT ASTOR, Appellant, v. HOTEL ST. REGIS, INC., and Another, Respondents, and THE PEOPLE OF THE STATE OF NEW YORK, Defendant.*— Order reversed, with twenty dollars costs and disbursements, and motion granted. No triable issue of fact is presented by the affidavits submitted in opposition to the motion. The pendency of the controversy between the parties as to the furniture in the hotel constitutes no defense to the foreclosure of the mortgage affecting the realty. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; Martin, J., dissents and votes for affirmance.

THEODORE CANNON, JR., an Infant, by THEODORE CANNON, His Guardian ad Litem, Appellant, Impleaded with LEROY CANNON, an Infant, by THEODORE CANNON, His Guardian ad Litem, and THEODORE CANNON, Plaintiffs, v. TIMBO REALTY CORPORATION and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

BESSIE DI LAPI, Respondent, v. GUISEPPE CIRALDO, Appellant. GRACE LOCASTO, an Infant, by ROSE LOCASTO, Her Guardian ad Litem, and Another, Respondents, v. GUISEPPE CIRALDO, Appellant. (Consolidated Action.) — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

FLORINDO S. POLO, Appellant, v. INTERNATIONAL GERMANIC TRUST COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

EDWARD COLLIGAN, Respondent, v. TURNER CONSTRUCTION COMPANY, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $20,146.80; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; O'Malley and Glennon, JJ., dissent and vote for affirmance.

BRANCH SECURITIES CORPORATION, Appellant, v. MAURICE B. KEADY, Defendant, Impleaded with LOUISE WARD KEADY, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

UNION MORTGAGE COMPANY, Respondent, v. LEONARD W. EVANS, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.